# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KIMBERLY GUGLIEMI, individually and for and in behalf of CHRISTOPHER GUGLIEMI, deceased,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS, CORRECTIONS CORPORATION OF AMERICA,<br><br>Defendants. | Case No. 2:12-cv-01733-APG-GWF<br><br>**ORDER DISMISSING CASE** |

On December 13, 2013, the Court granted the motion to dismiss filed by defendant Corrections Corporation of America. (Dkt. No. 33.) The Court granted Plaintiff 14 days to file an Amended Complaint if she chose. Plaintiff was warned that if she failed to meet that deadline, which expired on December 27, 2013, the Court would dismiss the case without prejudice. (*Id.*) As of January 8, 2014, Plaintiff has failed to file a proposed complaint. Accordingly, the Court dismisses this case without prejudice.

Dated: January 9, 2014

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE